JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GILBERT C. RHEE, an individual; SUNGIM K. RHEE, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-01845-AB-DFM<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action |
| 2 | with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Gilbert C. Rhee |
| 3 | and Sungim K. Rhee ("Defendants"), the Court hereby enters a dismissal with |
| 4 | prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each |
| 5 | party shall bear his or its own costs and attorneys' fees. |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Gilbert C. Rhee and Sungim K. Rhee ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: January 3, 2020

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE